**Order entered September 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00820-CR

### CESAR ARMIJO, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80654-2014**

## ORDER

We **GRANT** Official Court Reporter Kimberly Tinsley's September 14, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/      LANA MYERS
         JUSTICE